

John K. Fiorilla
856.914.2054
jfiorilla@capehart.com

December 20, 2011

**VIA ELECTRONIC FILING**

Hon. Maria-Elena James, CMJ
United States Court House
Courtroom B- 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Canadian National Railway Company v. Phoenix Logistics, Inc.
      Case No. cv-11-4589 (MEJ)
      Our File #0489.13104

Dear Judge Elena-James:

This firm represents the plaintiff Canadian National Railway in the above captioned matter.  The Initial Case Management Conference is scheduled for December 29, 2011.  Since chambers will be closed that day and since we today have filed a Notice of Default in this action, we request that the Initial Scheduling Conference be adjourned to February 2, 2012 at 10:00 a.m.

We appreciate your consideration of this request.

Respectfully,

CAPEHART & SCATCHARD, P.A.
s/ John K. Fiorilla

John K. Fiorilla

Dated:  12/20/11

[STAMP: GRANTED — Judge Maria-Elena James — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

JKF:jkf

2036262

**Capehart & Scatchard, P.A.**   Laurel Corporate Center   8000 Midlantic Drive   Suite 300   Mount Laurel, New Jersey  08054
856.234.6800   Fax 856.235.2786   www.capehart.com