

John K. Fiorilla
856.914.2054
jfiorilla@capehart.com

March 12, 2012

**VIA ELECTRONIC FILING**
Hon. Edward M. Chen, U.S.D.J.
United States Court House
Courtroom 5- 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Canadian National Railway Company v. Phoenix Logistics, Inc.
      Case No. cv-11-4589 (EMC)
      Our File #0489.13104

Dear Judge Chen:

This firm represents the plaintiff Canadian National Railway in the above captioned matter.

On March 9, 2012, we received a telephone call from John Saul, Esq., brother of Fred Saul, Registered Agent of defendant, Phoenix Logistics, Inc., acknowledging receipt of the copies of the Case Management Scheduling Order and the Clerk's Notice Continuing Motion Hearing #9 to 4/13/12 at 1:30 p.m.

John Saul, Esq. advised that Phoenix Logistics, Inc, has been out of business for several months.  There are no assets available to us and there are several judgments against Phoeix.  He stated that Fred Saul will not be taking any action or responding to our Motion for Default Judgment scheduled as stated above.

I respectfully request that the Court permit me to appear telephonically at the motion hearing in this matter.

IT IS SO ORDERED that the call will call Mr. Fiorilla at (856) 914-2054 between 1:30 and 4:30 p.m. PST.

_____
Edward M. Chen, U.S. District Judge

JKF:pmb
20130609

Respectfully,

CAPEHART & SCATCHARD, P.A.

s/John K. Fiorilla
John K. Fiorilla

*IT IS SO ORDERED* — Judge Edward M. Chen

Capehart & Scatchard, P.A.   Laurel Corporate Center   8000 Midlantic Drive   Suite 300   Mount Laurel, New Jersey  08054
856.234.6800   Fax 856.235.2786   www.capehart.com